## Rodgers *v.* Winters et ux., Appellants.

Argued June 18, 1971. *Anthony D. Miele,* with him *Fierro and Miele,* for appellants; *Lester L. Greevy, Jr.,* with him *Greevy, Knittle & Mitchell,* for appellee.

Order affirmed.

## Russell-French, Appellant, *v.* Russell-French.

Argued June 16, 1971. *John J. Cahill,* with him *Cahill, Cahill & Lynch,* for appellant; *Richard H. Elliott,* with him *James F. McMullan, Jr.,* and *Clark, Ladner, Fortenbaugh & Young,* for appellee.

OPINION PER CURIAM: In the appeal at No. 510, October Term, 1971, the order is affirmed. Having made an independent study of the entire record we are of the opinion that the court below properly refused a divorce a.v.m. in this case.

In the appeal at No. 749, October Term, 1971, the order allowing additional counsel fees and expenses is affirmed.

SPAULDING, J., absent.